# NO. 12-13-00204-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *OSCAR RODRIGUEZ, SR.,*<br>*APPELLANT* | § | *APPEAL FROM THE 159TH* |
| *V.* | | |
| | § | *JUDICIAL DISTRICT COURT* |
| *QUAIL TOOLS, L.L.P., RANGE*<br>*RESOURCES CORPORATION AND*<br>*QUAIL TOOLS, L.P.,* | | |
| *APPELLEES* | § | *ANGELINA COUNTY, TEXAS* |

*MEMORANDUM OPINION*
*PER CURIAM*

Appellant has filed a motion to dismiss this appeal in which he states he no longer wishes to pursue the appeal. Because Appellant has met the requirements of Texas Rule of Appellate Procedure 42.1(a)(1), the motion is ***granted***, and the appeal is ***dismissed***.

Opinion delivered September 11, 2013.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

SEPTEMBER 11, 2013

NO. 12-13-00204-CV

**OSCAR RODRIGUEZ, SR.,**
Appellant
V.
**QUAIL TOOLS, L.L.P., RANGE RESOURCES CORPORATION
AND QUAIL TOOLS, L.P.,**
Appellees

Appeal from the 159th Judicial District Court
of Angelina County, Texas (Tr.Ct.No. CV-00591-11-06)

THIS CAUSE came on to be heard on the motion of the Appellant to dismiss the appeal herein, and the same being considered, it is hereby ORDERED, ADJUDGED and DECREED by this Court that the motion to dismiss be **granted** and the appeal be **dismissed,** and that the decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*